FILED

MAY 2 5 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:21-CT-3149

(To be filled out by Clerk's Office only)

Brandon L. Lanking

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 44696-013

-against-

United States of America

Unnamed BOP Officer 1

Unnamed BOP Officer 2

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

---

## **NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Case 5:21-ct-03149-BO    Document 1    Filed 05/25/21    Page 1 of 10

## I.   COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☒   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- ☒   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.   PLAINTIFF INFORMATION

Brandon L. Lanking
Name

44696-013
Prisoner ID #

FDC Englewood
Place of Detention

9595 W Quincy Avenue
Institutional Address

(Englewood) Littleton          Colorado          80123
City                           State             Zip Code

## III.   PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☒   Pretrial detainee   ☐ State   ☒ Federal
- ☐   Civilly committed detainee
- ☐   Immigration detainee
- ☐   Convicted and sentenced state prisoner
- ☐   Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __United States of America__
Name

_____
Current Job Title

_____
Current Work Address

_____
City                State                Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

Defendant 2: __Unnamed BOP Officer 1__
Name

__Believed to be Corrections Officer__
Current Job Title

__Old North Carolina Hwy 75__
Current Work Address

__Butner__          __North Carolina__       __27509__
City                State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## Defendant(s) Continued

Defendant 3: <u>Unnamed BOP officer 2</u>
Name

<u>Believed to be Corrections Officer</u>
Current Job Title

<u>Old North Carolina Hwy 75</u>
Current Work Address

<u>Butner</u>       <u>North Carolina</u>   <u>27509</u>
City               State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 4: <u>N/A</u>
Name

<u>N/A</u>
Current Job Title

<u>N/A</u>
Current Work Address

<u>N/A</u>        <u>N/A</u>       <u>N/A</u>
City               State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Butner North Carolina Institution

Date(s) of occurrence: 15 December 2019

State which of your federal constitutional or federal statutory rights have been violated:

Eighth (8th) Amendment of United States Constitution

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

On or about 15 Dec 2019, the Plantiff, Mr. Lanksing, was finishing with a phone call; when Defendant 2 proceeded to close the food tray slot door, of the Plantiff's cell, on the Plantiff's arm. The Plantiff's arm being in the food tray slot because of being on the phone. Defendant 2 proceeded to close the food tray door while the Plantiff's arm was still in the food tray slot. The Plantiff attempted multiple times to remove his arm from the food slot (tray slot), to remove his arm from harms way. However, the Defendant (2) did not allow the Plantiff to remove the Plantiff's own arm from harms way. Instead Defendant 2 twisted and pulled the Plantiff's arm; because the Plantiff was attempting to remove his arm from harms way. The Plantiff requested Defendant 2 to stop, multiple times, and yet Defendant 2 continued. The assault on the Plantiff, and his arm, only ended because the Plantiff managed to free his arm. Defendant 3 only stood and watched as it occurred.

The Plantiff was denied medical assistance, on multiple occassions, to correct or treat the harm caused to the Plantiff.

Page 5 of 10

**What happened to you?**

In Defendant 2's assault on the Plantiff, the Plantiff's arm and wrist was severely harmed, causing multiple short term and long term physical and mental harm

The Plantiff was even denied medical assistance to treat the harm caused by Defendant 2, on multiple occassions and has yet to have a proper medical examination of his arm and wrist.

See Page 7 for Injury descriptions

**When did it happen to you?**

15 Dec 2019 (2019)

**Where did it happen to you?**

Butner North Carolina Institute
Old North Carolina Hwy 75
Butner NC 27509

**What was your injury?**

Both the Plantiff's arm and wrist recieved large amounts of painful swelling. The BOP took pictures and will not provide them to the Plantiff. This painful swelling persisted and did not recieve adequate medical assistance and was denied assistance on multiple occasions.

As a result the Plantiff is sufferring from both potential physical and nerve damage in the Plantiff's arm and wrist. This harm has been both short term and long term harm. Even today, after more than a year since the event, the Plantiff still requires the use of a arm sling and brace because of this assault. Long term damage/harm that may have been prevented by immediate or proper medical assistance early on. Proper medical evaluations still not having been performed.

Mr. Lanking, the Plantiff has also suffered great amounts of emotional distress and anxiety due to these unusual, unneeded and easily preventable injuries Defendant 2 intentionally caused.

Mr. Lanking is not an experienced Lawyer and should any deficiencies exist, Mr. Lanking requests the Court to please notify Mr. Lanking if any exist and Mr. Lanking will correct them.

Mr. Lanking has had assistance from a typist/writer and upon successful completion of Complaint Filing (Docketed Complain) Mr. Lanking will be seeking an attorney to continue with the process.

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?     ☒ Yes     ☐ No
    If no, explain why not:

Is the grievance process completed?                                             ☒ Yes     ☐ No
    If no, explain why not:

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

The Plantiff is seeking a monetary amount of at least 1,000,000 (one million) US Dollars in addition to seeking reimbursement for all legal expenses that occurred throughout the process.

The Plantiff also seeks additional reimbursement for the time spent going through the administrative processes and having the BOP report falsified information and denying the Plantiff's information requests.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☒ No

If yes, how many?  _N/A_

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_N/A_

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

5-12-2021
Dated

Brandon Lanking
Plaintiff's Signature

Brandon L. Lanking
Printed Name

44696013 a.k.a 44696-013
Prison Identification #

9595 W. Quincy Avenue     Littleton     Colorado    80123
Prison Address            City             State     Zip Code